UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Case No: 1:20-cv-3814-WJM-SKC

**DEBORAH LAUFER,**

        Plaintiff,

v.

**ELAN PINEWOOD INN, LLC.,**

        Defendants,

_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITH PREJUDICE**

Plaintiff, by and through her undersigned counsel, hereby advises the Court that this case has been settled. In accordance with the terms and conditions of the Parties' agreement, and pursuant to Rule 41(a)(1)(A)(I), *Fed.R.Civ.P.*, she hereby voluntarily dismisses this case with prejudice. Except as provided in the Parties' agreement, each side shall bear its own costs and attorney's fees.

**CERTIFICATE OF SERVICE FOLLOWS**

1

## CERTIFICATE OF SERVICE

**I FURTHER CERTIFY** that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on July 7, 2022.

                                                */s/Philip Michael Cullen, III*
Bar No: 167853
**PHILIP MICHAEL CULLEN, III**
**Attorney at Law – Chartered**
621 South Federal Highway, Suite Four
Fort Lauderdale, FL 33301
ph. (954) 462-0600
fax (954) 462-1717
CULLENIII@aol.com